**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JONATHAN RAUL, derivatively on behalf of ARCONIC INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES F. ALBAUGH, AMY E. ALVING, CHRISTOPHER L. AYERS, CHARLES BLANKENSHIP, ARTHUR D. COLLINS, JR., ELMER L. DOTY, RAJIV L. GUPTA, DAVID P. HESS, SEAN O. MAHONEY, DAVID J. MILLER, STANLEY O'NEAL, JOHN C. PLANT, ULRICH R. SCHMIDT, KLAUS KLEINFELD, and KEN GIACOBBE, <br><br> Defendants. | C. A. No. 18-930-VAC-MPT |

## STIPULATION AND ORDER STAYING CASE

WHEREAS, plaintiff Jonathan Raul ("Plaintiff") filed his complaint on June 22, 2018 in which he alleged, among other things, breaches of fiduciary duty derivatively on behalf of nominal defendant Arconic Inc. ("Arconic") against individual defendants James F. Albaugh, Amy E. Alving, Christopher L. Ayers, Charles Blankenship, Arthur D. Collins, Jr., Elmer L. Doty, Rajiv L. Gupta, David P. Hess, Sean O. Mahoney, David J. Miller, Stanley O'Neal, John C. Plant, Ulrich R. Schmidt, Klaus Kleinfeld, and Ken Giacobbe (collectively, the "Individual Defendants," and with Arconic, the "Defendants");

WHEREAS, the facts and circumstances alleged in the above-captioned action are based, in part, upon allegations in the amended complaint filed in *Howard* v. *Arconic Inc. et al.*, No. 2:17-cv-01057-MRH (W.D. Pa.), a consolidated putative federal securities class action

pending in the United States District Court for the Western District of Pennsylvania (the "Federal Securities Action"), and upon the facts and circumstances being examined in the public inquiry in London concerning the Grenfell Tower fire and the investigation into the Grenfell Tower fire by the London Metropolitan Police Service (together, the "U.K. Proceedings"); and

WHEREAS, in the interests of judicial economy and efficiency, the parties have discussed staying the above-captioned matter pending the resolution of the Federal Securities Action and the U.K. Proceedings;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the Court's approval:

1. To the extent any of them have not yet been served, each of the Defendants hereby accepts service of the Summons and Complaint.

2. The above-captioned action, including any obligation to respond to the complaint or any amended complaint, and all discovery and disclosure obligations under the applicable local and federal rules, is hereby stayed until the final resolution of the Federal Securities Action and the U.K. Proceedings.

3. Upon application for good cause shown, a party may seek an earlier termination of the stay, subject to the other party's right to contest such early termination, by (i) making a request to the Court, and (ii) transmitting notice to all counsel of record via e-mail at the e-mail addresses listed below.

4. Defendants shall promptly notify Plaintiff if and when they become aware of any derivative lawsuits filed in any forum subsequent to the above-captioned matter that allege the same or similar misconduct as that alleged in the above-captioned matter.

5. Should a later-filed derivative action such as is described in paragraph 4, above, be filed, Defendants shall (i) agree to, or move for, a stay of such action, and (ii) never move to stay the above-captioned action in deference to any such later-filed action.

6. Should a later-filed derivative action such as is described in paragraph 4, above, not be stayed, Plaintiff may seek an earlier termination of the stay by following the requirements in paragraph 3, above.

7. During the pendency of the stay, Plaintiff may amend the complaint.

8. The Defendants shall answer, move, or otherwise respond to Plaintiff's complaint or any amended complaint within sixty (60) days after the stay is lifted for any reason.

9. If any of the Defendants produce during the pendency of the stay any documents to the plaintiffs in the Federal Securities Action, the Defendants will promptly produce to Plaintiff a copy of the same documents, subject to the parties entering into a confidentiality agreement and/or protective order.

10. The Defendants shall include Plaintiff in any mediation and any formal settlement talks with the plaintiffs in the Federal Securities Action and shall include Plaintiff in any mediation and any formal settlement talks with any plaintiff in any other derivative lawsuit.

| | |
|---|---|
| Dated:  July 13, 2018 | Respectfully submitted, |
| COOCH AND TAYLOR, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Blake A. Bennett* | */s/ Steven J. Fineman* |
| Blake A. Bennett (#5133)<br>The Brandywine Building<br>1000 West Street, 10th Floor<br>Wilmington, DE  19801<br>(302) 984-3800<br>bbennett@coochtaylor.com | Steven J. Fineman (#4025)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>fineman@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED this ___ day of _____, 2018.

_____
Judge

4