# IN IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN RAUL, derivatively on behalf of ARCONIC INC., <br><br> *Plaintiff*, <br><br> v. <br><br> JAMES F. ALBAUGH, AMY E. ALVING, CHRISTOPHER L. AYERS, CHARLES BLANKENSHIP, ARTHUR D. COLLINS, JR., ELMER L. DOTY, RAJIV L. GUPTA, DAVID P. HESS, SEAN O. MAHONEY, DAVID J. MILLER, STANLEY O'NEAL, JOHN C. PLANT, ULRICH R. SCHMIDT, KLAUS KLEINFELD, and KEN GIACOBBE, <br><br> *Defendants,* <br><br> – and – <br><br> ARCONIC INC., <br><br> *Nominal Defendant.* | C.A. No. 18-930-JLH |

**PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiff Jonathan Raul respectfully moves this Court unopposed for entry of the [Proposed] Preliminary Approval Order, which (i) grants preliminary approval of the proposed Settlement embodied in the Stipulation of Settlement dated May 23, 2025 (the "Stipulation"), including the Addendum entered into by the Parties on June 25, 2025;[1] (ii) approves the form and content of the Notice of Pendency and Proposed Settlement of Shareholder Derivative Action to Current Howmet Stockholders; (iii) approves the form and content of the Summary Notice of Pendency and Proposed Settlement of Shareholder Derivative Action to Current Howmet Stockholders; and (iv) sets a date for a hearing to consider final approval of the Settlement.

Dated: June 25, 2025

Respectfully submitted,

**COOCH AND TAYLOR P.A.**

/s/ Blake A. Bennett
Blake A. Bennett (#5133)
1000 West St., Suite 1500
Wilmington, DE 19899-1680
(302) 984-3800
*Attorney for Plaintiff*

OF COUNSEL:
Joshua M. Lifshitz
**LIFSHITZ LAW PLLC**
1190 Broadway
Hewlett, NY 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376
*Attorneys for Plaintiff*

---

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Stipulation, which is filed concurrently herewith as Exhibit 1 to the Amended Declaration of Joshua M. Lifshitz in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement.